JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOE LARRY BRYANT, | ) | NO. CV 19-8658-SVW (KS) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| WARREN L. MONTGOMERY, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Dismissing the Petition with Prejudice,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: November 20, 2019

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE